# MEMORANDUM OPINION

No. 04-08-00348-CR

**IN RE** Ovidio **GARCIA**, Jr. And Juan G. Hinojosa

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Alma L. López, Chief Justice
     Karen Angelini, Justice
     Steven C. Hilbig, Justice

Delivered and filed: June 11, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On May 21, 2008, relators filed a petition for writ of mandamus asking this court to order respondent to set an appearance day for defendant Antonio Trevino to appear and answer relators' third amended petition for declaratory judgment and request for disclosure. This court has determined that relators are not entitled to mandamus relief. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. DC-02-268 (B), styled *Ovidio Garcia, Jr. and Juan G. Hinojosa v. Heriberto Silva and Antonia Trevino*, filed in the 229th Judicial District Court, Starr County, Texas.